UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mayo Clinic,

       Petitioner,

No. 14-cv-3844 (JNE/TNL)
v.                                    ORDER

Equal Employment Opportunity Commission,

       Respondent.

---

Equal Employment Opportunity Commission,

       Petitioner,

No. 14-mc-63 (JNE/TNL)
v.                                    ORDER

Mayo Clinic,

       Respondent.

---

These two matters concern the enforceability of a subpoena duces tecum issued to the

Mayo Clinic by the Equal Employment Opportunity Commission in the course of its

investigation of a charge of employment discrimination.  They are now before the Court on a

Report and Recommendation in which the United States Magistrate Judge recommends that the

Mayo Clinic's Petition to Quash Subpoena Duces Tecum be denied, the Equal Employment

Opportunity Commission's Application for Order to Show Cause Why a Subpoena Should Not

Be Enforced be granted, and the subpoena at issue be enforced.

The Mayo Clinic did not object to the Report and Recommendation and, after conducting

a de novo review of the record, the Court now adopts it.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The Report and Recommendation [No. 14-cv-3844, ECF No. 12; No. 14-mc-63, ECF No. 12] is ADOPTED.

2. The Mayo Clinic's Petition to Quash Subpoena Duces Tecum [No. 14-cv-3844, ECF No. 1] is DENIED.

3. The Mayo Clinic's action [No. 14-cv-3844] is DISMISSED.

4. The Equal Employment Opportunity Commission's Application for Order to Show Cause Why a Subpoena Should Not Be Enforced [No. 14-mc-63, ECF No. 1] is GRANTED.

5. The subpoena is ENFORCED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 7, 2015                                s/Joan N. Ericksen
                                                     JOAN N. ERICKSEN
                                                     United States District Judge